UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                Plaintiff,

   -against-


MARITZA VASQUEZ *also known as*
MARITZA PUGA,

                             Defendant.
-------------------------------------------------------------------X

               **JUDGMENT**
               04-CV- 5494 (DLI)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 1 2 2005 ★

P.M. _____
TIME A.M. _____

         An Order of Honorable Dora L. Irizarry, United States District Judge, having been

filed on July 6, 2005, granting plaintiff's motion to dismiss; it is

         ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that

plaintiff's motion to dismiss is granted.


Dated:  Brooklyn, New York
        July 12, 2005

                                            **ROBERT C. HEINEMANN**
                                            Clerk of Court